UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUL 13 PM 3:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DEANDRE WRIGHT,

    Plaintiff,

v.                                                              Cv. No. 04-2729-Ma

MARK LUTTRELL, et al.,

    Defendants.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Granting Defendants' Motions, docketed July 7, 2005.

APPROVED: _/s/_____

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

_July 13, 2005_
_____
DATE

THOMAS M. GOULD
CLERK

_/s/_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __7-18-05__

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02729 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT